**LAW OFFICES OF JOHN P. COSTELLO**
JOHN P. COSTELLO (Bar No. 161511)
PAMELA W. BERTANI (Bar No. 182672)
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 441-2234
Facsimile: (916) 441-4254

**DOWNEY BRAND LLP**
MICHAEL J. THOMAS (Bar No. 172326)
MEGHAN M. BAKER (Bar No. 243765)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
Eagle Advanced Systems Engineering, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE ADVANCED SYSTEMS ENGINEERING, INC., a California Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>SENTECH MEDICAL SYSTEMS, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____<br><br>SENTECH MEDICAL SYSMEMS, INC., a Florida Corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>EAGLE ADVANCED SYSTEMS ENGINEERING, INC., a California Corporation,<br><br>            Counterdefendant. | Case No.  2:07-CV-01029-LKK-GGH<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

868963.1                                                        1

STIPULATION AND [PROPOSED] ORDER

1     Plaintiff/Counter-Defendant EAGLE ADVANCED SYSTEMS ENGINEERING, INC.
2 ("EASE") and Defendant/Counter-Claimant SENTECH MEDICAL SYSTEMS, INC.
3 ("SENTECH") hereby agree and stipulate as follows:

4     Whereas, on May 29, 2007, EASE filed its initial Complaint in this matter.  In that
5 Complaint Ease alleged, among other things, that the patents in suit were invalid under 35 USC §
6 112.

7     On June 22, 2007, SENTECH filed its Answer to Complaint and Counterclaims against
8 EASE denying the allegations in the initial Complaint, and alleging, among other things, that
9 EASE infringed the patents in suit.

10     In response to SENTECH's counterclaim, EASE filed an Answer denying the allegations
11 in SENTECH's Counterclaim, and asserted a Counterclaim against SENTECH, alleging that the
12 patents in suit were also invalid under 35 USC § 103.

13     In response, SENTECH has denied the allegations in EASE's Counterclaim, and has
14 asserted that EASE's Counterclaim is improper in that the allegation that the patents in suit are
15 invalid under 35 USC § 103 should have been asserted in EASE's initial complaint.

16     Whereas the parties disagree as to the appropriateness of EASE's Counterclaim, and the
17 parties wish to resolve that disagreement and to simplify the number of pleadings in this action by
18 allowing EASE to amend its initial Complaint to include EASE's allegation that the patents in suit
19 are invalid under 35 USC § 103, so as to consolidate EASE's invalidity claims in a single
20 pleading.

21     Whereas, discovery has not yet commenced, and no scheduling order has been entered as
22 of the date of this Stipulation, the parties agree and stipulate that:

23     1.    EASE should be allowed leave of Court to file its Amended Complaint, a copy of
24 which is attached hereto as **Exhibit A**;

25     2.    The Amended Complaint will be deemed filed and served as of the date the Court
26 signs this stipulation; and,

27     3.    The Answer filed by SENTECH to the initial Complaint may serve as its Answer
28 to the First Amended Complaint, thereby requiring no further response from SENTECH.;

4. Upon filing the Amended Complaint, EASE's Counterclaim (but not its Answer to SENTECH's Counterclaim) shall be dismissed without prejudice.

5. In so stipulating, SENTECH does not admit the truth of any of the allegations set forth in the Amended Complaint.

DATED:  August 9, 2007               DOWNEY BRAND LLP


By:_____/s/Michael J. Thomas_____
MICHAEL J. THOMAS
Attorney for Plaintiff/Counterdefendant
Eagle Advanced Systems Engineering, Inc.

DATED:  August 9, 2007               WEINTRAUB GENSHLEA CHEDIAK


By:_____/s/Dale C. Campbell_____
DALE C. CAMPBELL
Attorney for Defendant/Counterclaimant
Sentech Medical Systems, Inc.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: August 14, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

868963.1                              3

STIPULATION AND [PROPOSED] ORDER