UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EAGLE ADVANCED SYSTEMS
ENGINEERING, INC., a
California Corporation,

                    NO. CIV. S-07-1029 LKK GGH

       Plaintiff,

  v.

SENTECH MEDICAL SYSTEMS, INC.,
a Florida Corporation,

       Defendant.
                               /
AND COUNTERCLAIM.
_____

Pursuant to the parties' stipulation, the court orders as follows:

    1.   The <u>Markman</u> hearing currently scheduled for February 14, 2008 is CONTINUED to March 14, 2008 at 10:00 a.m. Eagle Advanced Systems Engineering, Inc.'s opposition brief shall be due February 14, 2008, and Sentech's reply brief shall be due February 28, 2008.

    2.   The hearing on the motion to proffer the expert opinions of Dr. Warren Smith currently scheduled for January 28, 2008 is CONTINUED to February 25, 2008 at 10:00 a.m. Sentech's opposition

1

brief shall be due February 8, 2008, and Eagle Advanced Systems Engineering, Inc.'s reply brief shall be due February 15, 2008.

IT IS SO ORDERED.

DATED: January 11, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2