UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EAGLE ADVANCED SYSTEMS
ENGINEERING, INC., a
California Corporation,

NO. CIV. S-07-1029 LKK GGH

       Plaintiff,

  v.

SENTECH MEDICAL SYSTEMS, INC.,
a Florida Corporation,

       Defendant.
_____/

AND COUNTERCLAIM.
_____

Pursuant to the telephonic status conference held on February 22, 2008, the court orders as follows:

    1. Defendant Sentech shall FILE a notice of a revised Covenant Not to Sue within 10 days;

    2. The motion to proffer (Dock. No. 32) is DENIED without prejudice;

    3. The <u>Markman</u> hearing currently set for March 14, 2008 is VACATED. The court will reset the hearing, if necessary, upon

1

1 | resolution of the motion to dismiss.
2 |     IT IS SO ORDERED.
3 |     DATED: February 22, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT