UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EAGLE ADVANCED SYSTEMS
ENGINEERING, INC., a
California Corporation,

        NO. CIV. S-07-1029 LKK GGH

    Plaintiff,

  v.

        O R D E R

SENTECH MEDICAL SYSTEMS, INC.,
a Florida Corporation,

    Defendant.
                             /
AND COUNTERCLAIM.
                             /

    Pending before the court is a motion to dismiss filed by defendant and counterclaimant SenTech. In its opposition brief, plaintiff and counterdefendant Eagle Advanced Systems Engineering has indicated that it is agreeable to dismissing SenTech's counterclaim with prejudice but asks that plaintiff's complaint be dismissed without prejudice. In its reply brief, SenTech has also indicated that it is agreeable to this result.

    Accordingly, the motion to dismiss (Dock. No. 43) is GRANTED

1

such that plaintiff's complaint for declaratory judgment is dismissed without prejudice, and defendant's counterclaim of infringement against current and past EASE products is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED: March 18, 2008.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT